| AO 10<br>Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2011 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>KING, GARR M. | 2. Court or Organization<br><br>DISTRICT OF OREGON | 3. Date of Report<br><br>04/27/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>SENIOR UNITED STATES DISTRICT JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐  Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |
| 7. Chambers or Office Address<br><br>907 UNITED STATES COURTHOUSE<br>1000 SW THIRD AVENUE<br>PORTLAND, OREGON 97204 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | PRESIDENT/DIRECTOR | KING FAMILY FOUNDATION |
| 2. | TRUSTEE | ▨▨▨▨▨▨ TRUST |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KING, GARR M. | 04/27/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **KING, GARR M.** | 04/27/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KING, GARR M. | 04/27/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. GARR KING'S ACCOUNTS | | | | | | | | | |
| 2. BP PLC SPON ADR | B | Dividend | K | T | | | | | |
| 3. BOEING COMPANY | A | Dividend | K | T | | | | | |
| 4. CARMEN DRIVE HEALTH CTR INVESTORS | C | Interest | | | Sold | 02/11/11 | K | | Carmen Drive - Redemption |
| 5. CASH IN BROKERAGE ACCTS. UBS Resource Mgmt. Acct. | D | Interest | O | T | | | | | |
| 6. CISCO SYSTEMS INC | | None | K | T | | | | | |
| 7. COMM. FINANCIAL LTD PARTNERSHIP (MIDCO) | A | Interest | J | T | | | | | |
| 8. EXXON MOBIL CORP | B | Dividend | L | T | | | | | |
| 9. GENL ELECTRIC CO | A | Dividend | K | T | | | | | |
| 10. INTEL CORP | A | Dividend | K | T | | | | | |
| 11. ISHARES TRUST RUSSELL 1000 INDEX | D | Dividend | M | T | | | | | |
| 12. ISHARES TRUST S&P SMALL CAP 600 INDEX FUND | B | Dividend | L | T | | | | | |
| 13. JPMORGAN CHASE & CO | B | Dividend | K | T | | | | | |
| 14. JOHNSON & JOHNSON COM | A | Dividend | K | T | | | | | |
| 15. M & P CO. (Real Estate Partnership) Salt Lake City, UT | E | Rent | L | W | | | | | |
| 16. MEDTRONIC INC. | A | Dividend | K | T | | | | | |
| 17. MICROSOFT CORP | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KING, GARR M. | 04/27/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ORACLE CORP | | None | K | T | | | | | |
| 19. PROCTER & GAMBLE CO | A | Dividend | K | T | | | | | |
| 20. SPDR KBW BANK ETF | A | Dividend | K | T | | | | | |
| 21. SPDR S&P MIDCAP 400 ETF TR | C | Dividend | M | T | | | | | |
| 22. HEALTH CARE SELECT SECTOR SPDR FUND | C | Dividend | M | T | | | | | |
| 23. ENERGY SECTOR SPDR TRUST SHARES | C | Dividend | M | T | | | | | |
| 24. FINANCIAL SECTOR SPDR TRUST ETF | B | Dividend | L | T | | | | | |
| 25. US BANCORP DEL (NEW) | B | Dividend | L | T | | | | | |
| 26. US NATIONAL BANK | A | Interest | M | T | | | | | |
| 27. FT-FRANKLIN OR T/F INCOME A | D | Dividend | N | T | | | | | |
| 28. * * * * | | | | | | | | | |
| 29. ░░░░░░░ ACCOUNT | | | | | | | | | |
| 30. ISHARES S&P 100 INDEX FUND | B | Dividend | L | T | | | | | |
| 31. SPDR S&P 500 ETF TR | B | Dividend | L | T | | | | | |
| 32. MIDCAP SPDR | B | Dividend | L | T | | | | | |
| 33. HEALTH CARE SELECT SECTOR SPDR FUND | B | Dividend | K | T | | | | | |
| 34. UNITED PARCEL SERVICE INC CL B | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KING, GARR M. | 04/27/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. VANGUARD MSCI EAFE ETF | A | Dividend | L | T | | | | | |
| 36. DESCHUTES CNTY ORE NPFG B/E/R 3.5 060115 DTD 022806 | B | Interest | L | T | | | | | |
| 37. WASHINGTON CNTY OR BE/R/ 4 DUE 060115 DTD 022806 | B | Interest | L | T | | | | | |
| 38. CLACKAMAS CNTY OR BE/R/ 4 DUE 060118 DTD 120109 | C | Interest | M | T | | | | | |
| 39. PORTLAND ORE HSG AUTH M/F REV DAWSON PD PRJ/R/ 6.75 110125 D | A | Interest | K | T | | | | | |
| 40. MULT. CO. OR. SD#3 | B | Interest | M | T | Buy | 09/12/11 | M | | |
| 41. YAMHILL CO. OR. SCH. | B | Interest | M | T | Buy | 07/13/11 | M | | |
| 42. MONMOUTH OR DUE 060117 | B | Interest | M | T | Buy | 07/20/11 | M | | |
| 43. OR STATE BD. HGR EDU | B | Interest | M | T | Buy | 06/07/11 | M | | |
| 44. ******** | | | | | | | | | |
| 45. GARR KING IRA | | | | | | | | | |
| 46. AMERICAN FUNDS CAPITAL WORLD GROWTH & INCOME FUND CLASS F | B | Dividend | L | T | | | | | |
| 47. DWS DREMAN SMALL CAP VALUE FUND CLASS A | A | Dividend | K | T | | | | | |
| 48. DODGE & COX INT'L STOCK FUND | A | Dividend | K | T | | | | | |
| 49. AMERICAN FUNDS EURO PACIFIC FUND CLASS F | B | Dividend | L | T | | | | | |
| 50. FPA CAPITAL FUND INC | A | Dividend | K | T | | | | | |
| 51. IVY ASSET STRATEGY FUND CLASS A | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KING, GARR M. | 04/27/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. LOOMIS SAYLES STRATEGIC INCOME FUND CLASS A | C | Dividend | M | T | | | | | |
| 53. MATTHEWS ASIAN GROWTH & INCOME FUND CLASS INV | A | Dividend | K | T | | | | | |
| 54. OPPENHEIMER INT'L BOND FD CL A | C | Dividend | M | T | | | | | |
| 55. FT TEMPLETON GLOBAL BOND A | B | Dividend | M | T | | | | | |
| 56. VAN ECK GLOBAL HARD ASSETS FUND CLASS A | A | Dividend | K | T | | | | | |
| 57. HEWLET PACKARD CO. | A | Dividend | K | T | Buy | 09/28/11 | K | | |
| 58. ********* | | | | | | | | | |
| 59. _____ TRUST | | | | | | | | | |
| 60. CISCO SYSTEMS INC | | None | | | Sold | 05/31/11 | K | | |
| 61. INTEL CORP | A | Dividend | K | T | | | | | |
| 62. ISHARES MSCI EAFE INDEX FUND | A | Dividend | | | Sold | 05/31/11 | K | | |
| 63. ISHARES TRUST RUSSELL 1000 INDEX | C | Dividend | M | T | | | | | |
| 64. ISHARES TRUST S&P SMALLCAP 600 INDEX FUND | C | Dividend | M | T | | | | | |
| 65. MICROSOFT CORP | | None | K | T | | | | | |
| 66. ORACLE CORP | | None | L | T | | | | | |
| 67. SPDR S&P MIDCAP 400 ETF TR | C | Dividend | M | T | | | | | |
| 68. US BANCORP DEL (NEW) | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KING, GARR M. | 04/27/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. FT TEMPLETON GLOBAL BOND A | C | Interest | M | T | | | | | |
| 70. PIMCO TOTAL RETURN FUND | B | Dividend | M | T | Buy | 05/25/11 | M | | |
| 71. ********* | | | | | | | | | |
| 72. KING PARTNERS LLC DELETED - SEE VIII | | | | | | | | | |
| 73. ********* | | | | | | | | | |
| 74. KING FAMILY FOUNDATION | | | | | | | | | |
| 75. SPDR S&P 500 ETF TR | B | Dividend | L | T | | | | | |
| 76. SPDR S&P MIDCAP 400 ETF TR | B | Dividend | L | T | | | | | |
| 77. VANGUARD TOTAL STOCK MKT ETF | A | Dividend | K | T | | | | | |
| 78. DAVIS NEW YORK VENTURE FD CL A | B | Dividend | L | T | | | | | |
| 79. AMERICAN FUNDS EURO PACIFIC FUNDS CLASS F | B | Interest | L | T | | | | | |
| 80. FPA CAPITAL FUND INC | A | Interest | K | T | | | | | |
| 81. FEDERATED KAUFMAN FUND CLASS A | A | Interest | | | Sold | 05/26/11 | K | | |
| 82. AMERICAN FUNDS GROWTH FUND OF AMERICA CL F | A | Interest | K | T | | | | | |
| 83. HARBOR INT'L FUND INVESTOR CLASS | A | Interest | K | T | | | | | |
| 84. FT MUTUAL SHARES A | A | Interest | K | T | | | | | |
| 85. PIMCO TOTAL RETURN FUND CLASS A | D | Interest | L | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| KING, GARR M. | 04/27/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. FT TEMPLETON GLOBAL BOND A | C | Interest | M | T | | | | | |
| 87. | | | | | | | | | |
| 88. | | | | | | | | | |
| 89. | | | | | | | | | |
| 90. | | | | | | | | | |
| 91. | | | | | | | | | |
| 92. | | | | | | | | | |
| 93. | | | | | | | | | |
| 94. | | | | | | | | | |
| 95. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **KING, GARR M.** | 04/27/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In the past, I was the Co-Manager of a ▒▒▒▒▒ Partnership, King Partners, LLC. Neither my wife and I own any interest in the partnership, but I was a Co-Manager. I resigned as Co-Manager
in September 2010 (a copy of my resignation letter will be provided upon request). In this filing, I have deleted the position, and have deleted all of the securities listed last year in that
account which were items 66-82 of the 2011 filing.

Very truly yours,

Garr M. King

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ GARR M. KING**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544